UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: | * |
| | *     CHAPTER 7 |
| SCOTT R. VERRILL, | * |
| | *     CASE NO. 07-20072 |
| DEBTORS | * |

## NOTICE OF INTENTION TO ABANDON PROPERTY

TO:  United States Trustee, Debtors and Parties in Interest:

The undersigned Trustee of the Estate of the Debtors named above does hereby report that the following property will be abandoned pursuant to 11 U.S.C. Section 554:

<u>Property Description</u>:  Real Estate at 60 Range Road, Cumberland, Maine

| Lienholder Name/Address | Amount Secured | Exemption Claimed | Debtors' Estimate of Value | Value Determined By Trustee | Value Less Liens & Exemptions |
|---|---|---|---|---|---|
| Chase Home Finance Mort. P.O. Box 78116 Phoenix, AZ 85062-8116 | $450,000 | $ 0.00 | $500,000 | $500,000 | $ 0.00 |
| Lincoln Capital 2320 Congress Street Portland, ME 04012 | $ 7,000 | | | | |

<u>REASON FOR ABANDONMENT</u>: The Trustee is satisfied that the above-described property is burdensome or of inconsequential value to the Estate. Amounts owed to secured creditors, plus exemptions validly claimed by the Debtor, plus costs of sale including capital gains tax, leave negligible value.

Any party objecting to the abandonment of the property described in this Notice must file <u>written specifications</u> of the grounds for said objection and a <u>written request for a hearing</u> thereon no later than <u> May 17, 2007 </u> with the Clerk, U.S. Bankruptcy Court, P.O. Box 17575, 537 Congress Street, Portland, Maine 04112-8575, with a copy to the Trustee William H. Howison at the address below.

If no objection and request for a hearing are filed within the stated time, the property shall be deemed to have been abandoned.

DATED:<u> April 26, 2007 </u>          <u>/s/ William H. Howison</u>
                                        William H. Howison, Trustee

P.O. Box 585
Portland, Maine  04112
(207) 879-5767