UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

Hearing date: August 7, 2007
Hearing Time: 9:00 AM
Objection Deadline: July 31, 2007
Location: Portland

* * * * * * * * * * * * * * * * * * * *

In Re:

Scott R. Verrill
   Debtor
* * * * * * * * * * * * * * * * * * * *

U.S. Bank National Association
   Movant

v.               CHAPTER 7 PROCEEDING

Scott R. Verrill         CASE NO. 07-20072
   Debtor
and

William Howison
   Chapter 7 Trustee

   Respondents
* * * * * * * * * * * * * * * * * * * *

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES U.S. Bank National Association ("the Bank"), and hereby moves for relief from the automatic stay pursuant to section 362 of the Bankruptcy Code, 11 U.S.C. § 362 and in support of said motion, represents and alleges as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U. S. C. 1334 (b).

2. Pursuant to the provisions of 28 U. S. C. 157 (b)(1) and 157 (b)(2)(G), this matter is a core proceeding in which this Court is entitled to enter appropriate orders and judgments.

3. U.S. Bank National Association is a national association with an address c/o 10790 Rancho Bernardo Rd, San Diego, California 92127.

4. The Debtor is an individual with a mailing address at 60 Range Road, Cumberland, Maine 04021.

5. On or about January 26, 2006 Debtor executed and delivered to New Century Mortgage Corporation a certain promissory note in the original principal amount of $450,000.00 (the "Note").

6. As security for the Note, the Debtor executed and delivered to New Century Mortgage Corporation, a certain mortgage dated January 26, 2006 (the "Mortgage") conveying real property located at 60 Range Road, Cumberland, Maine (the "property").

7. U.S. Bank National Association is the holder of the Mortgage which was properly perfected by recording in the Cumberland County Registry of Deeds in Book 23656, Page 317 and created a valid and enforceable security interest in the property.

8. On February 2, 2007 the Debtor filed a petition with this Court seeking an Order for Relief under 11 U.S.C. Chapter 7. As a result of this petition, certain acts and proceedings against the Debtor and the Debtor's property are stayed pursuant to 11 U.S.C. § 362(a).

9. William Howison is the duly appointed, acting and qualified Trustee in the above captioned Chapter 7 case.

10. As of July 19, 2007, the Debtor was indebted to Bank in the total amount of $469,378.25 computed as follows:

| | |
|---|---:|
| Principal | $446,954.78 |
| Interest | 20,956.67 |
| Late Charges | 1,446.80 |
| NSF Fees Due | 20.00 |
| Total | $469,378.25 |

11. The Bank asserts the market value of the property to be no more than $500,000.00, as stated in Debtor's schedules.

12. The secured claim of the Bank exceeds the value of the property taking into account the costs and expenses of liquidating the property including a broker's commission.

13. The Debtor does not have any equity in the property.

14. Upon information and belief the property is not necessary to an effective reorganization of the Debtor.

15. The Bank lacks adequate protection of its interest in the property in that the monthly mortgage payment is due for February 1, 2007 and all subsequent payments.

16. The trustee has abandoned the subject property.

WHEREFORE, the Bank prays that this honorable Court:

A. Enter an order granting relief from the automatic stay imposed by 11 U.S.C. Section 362 allowing the Bank to proceed to complete the pending foreclosure of the Mortgage and to obtain possession of the property under state law; and

B. Grant such other and further relief as this Court deems to be just and proper.

          U.S. Bank National Association

Dated: 7/20/2007

By: /s/ Leonard F. Morley, Jr.
Leonard F. Morley, Jr., Esq.
SHAPIRO & MORLEY, LLP
75 Market Street, Suite 505
Portland, Maine 04101
(207) 775-6223
morleybankrupt@logs.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re:

Scott R. Verrill
         Debtor
* * * * * * * * * * * * * * * * * * * *

U.S. Bank National Association
         Movant
v.                                                                                CHAPTER 7 PROCEEDING

Scott R. Verrill                                                              CASE NO. 07-20072

         Respondent
* * * * * * * * * * * * * * * * * * * *

NOTICE OF PRELIMINARY HEARING

     Please take notice that a preliminary hearing upon the attached Motion for Relief from Stay will be held on August 7, 2007 at 9:00 AM, at the United States Bankruptcy Court, 537 Congress Street, Portland, Maine, 04101.  You must file an answer to the Motion admitting or denying each allegation contained therein, with the Clerk of the U. S. Bankruptcy Court, 537 Congress St., Portland, Maine 04101 with a copy to counsel for the Movant and other parties in interest on or before the response date of July 31, 2007.  If you fail to respond in accordance with this notice, the relief requested may be granted by default without further notice and hearing.

Dated: 7/20/2007                                    /s/ Leonard F. Morley, Jr.
                                                        Leonard F. Morley, Jr., Esquire
                                                        75 Market Street, Suite 505
                                                        Portland, Maine 04101
                                                        (207) 775-6223

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

BK No: 07-20072
Chapter: 7

In re: Scott R. Verrill
                Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Automatic Stay, and Proposed Order, have been forwarded, even date herewith, to all those persons listed below at the indicated addresses:

Notice will be sent electronically to:

James F. Molleur, Esq.
William Howison, Esq., Trustee
US Trustee

Notice will be sent via first class mail to:

Scott R. Verrill
60 Range Road
Cumberland, ME 04021


Executed on: 7/20/2007                    /s/ Leonard F. Morley, Jr.
                                          Leonard F. Morley, Jr., Esq.