UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re:

Scott R. Verrill
        Debtor

* * * * * * * * * * * * * * * * * * * *

U.S. Bank National Association
        Movant

v.                                    CHAPTER 7 PROCEEDING

Scott R. Verrill                       CASE NO. 07-20072

        Respondent

* * * * * * * * * * * * * * * * * * * *

ORDER

It is hereby **ORDERED** that relief from the automatic stay imposed by 11 U.S.C. Section 362 be, and hereby is, granted to allow U.S. Bank National Association, its successors and assigns, to proceed to enforce its rights and remedies under state law in the real estate owned by the Debtor and located at 60 Range Road, Cumberland, Maine and more particularly described in the Mortgage from the Debtor dated January 26, 2006 and recorded in the Cumberland County Registry of Deeds in Book 23656, Page 317. Rule 4001 (a)(3) is not applicable and U.S. Bank National Association, may immediately enforce and implement this order granting relief from stay.

Dated: August 6, 2007                       /s/ James B. Haines, Jr.
                                                            _____
                                                              United States Bankruptcy Judge