UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re:

Scott R. Verrill
        Debtor

* * * * * * * * * * * * * * * * * * * *

Consumer Solutions REO, LLC
        Movant

v.                                   CHAPTER 7 PROCEEDING

Scott R. Verrill                   CASE NO. 07-20072

        Respondent

* * * * * * * * * * * * * * * * * * * *

## ORDER

It is hereby **ORDERED** that relief from the automatic stay imposed by 11 U.S.C. Section 362 be, and hereby is, granted to allow New Century Mortgage, its successors and assigns to proceed to enforce its rights and remedies under state law in the real estate owned by the Debtor and located at 8 Caswell Way, Gray, Maine and more particularly described in the Mortgage from the Debtor recorded in the Cumberland County Registry of Deeds. Rule 4001(a) is not applicable and this order may be immediately implemented and enforced.

Dated: January 22, 2008                 /s/ James B. Haines, Jr.
                                                     United States Bankruptcy Judge